**FILED** Env: 1230800
McHenry County, Illinois
21LA000052
Date: 2/23/2021 9:38 AM
Katherine M. Keefe
Clerk of the Circuit Court

## IN THE CIRCUIT COURT OF McHENRY COUNTY, ILLINOIS

| | | |
|---|---|---|
| ELIZABETH ROMANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21LA000052 |
| vs. | ) | |
| | ) | |
| ROUNDY'S ILLINOIS INC. d/b/a MARIANO'S | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT AT LAW

Plaintiff, Elizabeth Romano, by and through her attorneys, DRISCOLL LAW OFFICES P.C., complaining of Defendant, ROUNDY'S ILLINOIS INC. d/b/a Mariano's (Hereinafter "Mariano's") states as follows:

1. On September 28, 2020, Defendant, Mariano's, owned, operated, managed, maintained, and controlled a grocery store located at 105 Northwest Highway Crystal Lake, McHenry County Illinois.

2. On September 28, 2020, Plaintiff, Elizabeth Romano, (Hereinafter "Plaintiff") was shopping in Defendant's store and was attempting to look at the shrimp contained in a freezer.

3. On September 28, 2020, one of Defendant's employees left a U shaped cart in the aisle directly behind where Plaintiff was looking at the shrimp in the freezer.

4. On and prior to September 28, 2020 the U shaped cart in the aisle posted a hazard to those shopping in the store, including Plaintiff.

5. On and prior to September 28, 2020, Defendant, knew, or in the exercise of ordinary care, should have known that this cart posed an unreasonable risk of harm to persons on the premises, including Plaintiff.

**NOTICE**
THIS CASE IS HEREBY SET FOR A SCHEDULING CONFERENCE IN COURTROOM TBD ON 5-25-2021 , AT TBD. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

Exhibit A

6. On September 28, 2020, Plaintiff tripped on the U shaped cart while turning and walking away from the freezer where she was shopping.

7. On September 28, 2020, Defendant, was negligent in one or more of the following respects:

- A. Placed a U shaped cart in the aisle of the store despite knowing that it would pose a as a hazard to customers shopping in its store.

- B. Failed to warn customers of the presence of the cart in the aisle of the grocery store.

- C. Failed to ensure that the area where Plaintiff was shopping was safe.

8. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, Plaintiff, sustained injuries and was hindered and prevented from attending to her usual duties and affairs and has lost the value of that time as aforementioned. Plaintiff has also suffered great pain and anguish, both in mind and body. Plaintiff further expended and became liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, ELIZABETH ROMANO, demands judgment against Defendant, ROUNDY'S ILLINOIS INC, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally the costs of said suit.

Respectfully submitted,

**DRISCOLL LAW OFFICES P.C.**

BY: /s/ John J. Driscoll
 Attorney for Plaintiff

ARDC No: 6242815
DRISCOLL LAW OFFICES P.C.
1770 Park Street
Suite 205
Naperville, IL 60563
630/548-6600

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

Pursuant to Supreme Court Rule 222(b) the damages sought by Plaintiff exceed $ 50,000.00.


    /s/ John J. Driscoll
JOHN J. DRISCOLL
Attorney for Plaintiff


## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.


    /s/ John J. Driscoll        2/21/21
JOHN J. DRISCOLL          DATE


**ARDC No: 6242815**
**DRISCOLL LAW OFFICES P.C.**
1770 Park Street
Suite 205
Naperville, Illinois 60563
630/548-6600