96162

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH ROMANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:21-cv-1463 |
| | ) | |
| ROUNDY'S ILLINOIS, LLC, d/b/a | ) | |
| MARIANO'S | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, ROUNDY'S ILLINOIS, LLC'S REPLY TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIAL PROCEDURE 56.1**

NOW COMES the Defendant, ROUNDY'S ILLINOIS LLC., d/b/a MARIANO'S, ("Mariano's) by and through their attorneys, GREGORY T. GLEN and KOPKA PINKUS DOLIN, PC, and for Defendant's Reply to Plaintiff's Statement of Material Facts pursuant to Federal Rule of Civil Procedure 56.1, states as follows:

I.     **STATEMENT OF FACTUAL AND PROCEDURAL BACKGROUND**

24. Defendant objects to Plaintiff's response as it lacks foundation. Plaintiff's counsel's subjective opinion of what may be depicted in a video are not fact. Furthermore, Plaintiff's counsel misleads the court, as the Plaintiff testified she did not have knowledge of any display of champaign until she was told about it by Plaintiff's counsel. (Ex. E. Page 21, lines 18-19).

**RESPONSE TO PLAINTIFF'S STATEMENT OF FACT**

1. Defendant admits the existence of said video, but denies a copy was provided with the Plaintiff's Response.

2. Undisputed.

3. Undisputed.

4. Disputed. Plaintiff testified she never heard of the term U-boat, she did not testify she had never seen a U-boat before. (Ex. E. Page 14, lines 1-10).

5. Disputed. Plaintiff's counsel's subjective opinions of what is contained in the video do not constitute as statement of fact.

6. Disputed.

7. Disputed. The record shows that is the testimony of Plaintiff's counsel.

8. Undisputed.

9. Disputed.

10. Disputed. Plaintiff's counsel's subjective opinions of what is contained in the video do not constitute as statement of fact.

11. Disputed. Plaintiff's counsel's subjective opinions of what is contained in the video do not constitute as statement of fact.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Undisputed.

20. Disputed.

21. Undisputed.

22. Disputed.

**KOPKA PINKUS DOLIN PC**

By: /s/Gregory T. Glen
Gregory T. Glen

Gregory T. Glen
Joel D. Groenewold
KOPKA PINKUS DOLIN PC
200 West Adams Street, Suite 1200
Chicago, Illinois 60606
312-782-9920
Email: gtglen@kopkalaw.com
Attorney No. 6273896

## CERTIFICATE OF SERVICE

I the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by United States mail at 200 West Adams Street, Chicago, Illinois, first class postage fully prepaid, this 2nd day of February, 2022, to the following:

James J. DeSanto
DeSanto, Morgan & Taylor
712 Florsheim Drive
Libertyville, IL 60048
Email: jdesanto@dmtlawgroup.com

/s/Gregory T. Glen
KOPKA PINKUS DOLIN PC
200 West Adams Street, Suite 1200
Chicago, Illinois 60606
312-782-9920
Fax 312-782-9965
Email: gtglen@kopkalaw.com
Attorney No. 6278396